**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

RANDOLPH CLAYTON,  # 00715                              PETITIONER

vs.                                         CIVIL ACTION NO. 3:03-cv-1256  WS

CHRISTOPHER EPPS and JIM HOOD                           RESPONDENTS


**<u>FINAL JUDGMENT</u>**

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner.  This court, having adopted the Report and Recommendation as the order of this court, hereby dismisses petitioner's petition for writ of habeas corpus with prejudice and enters final judgment in favor of the respondents.  The above-styled and numbered cause is dismissed with prejudice.


**SO ORDERED AND ADJUDGED, THIS THE 31st DAY OF MAY, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**